No. 484. CHARLES A. THATCHER, APPELLANT AND PLAINTIFF IN ERROR, *v.* THE UNITED STATES OF AMERICA ET AL. Appeal from and in error to the United States Circuit Court of Appeals for the Sixth Circuit. Motion to dismiss or affirm submitted February 28, 1916. Decided March 13, 1916. *Per Curiam.* Dismissed for want of

jurisdiction upon the authority of *Ex parte Bradley*, 7 Wall. 364, 376; *Ex parte Robinson*, 19 Wall. 513. *Mr. Rhea P. Cary* and *Mr. Everett V. Abbot* for the appellant and plaintiff in error. *The Attorney General* and *The Solicitor General* for the appellees and defendants in error.